AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland Northern Divi ▼

| | |
|---|---|
| MELINDA A. CHRISTIAN, et al.<br>501 CUNNINGHAM DRIVE<br>FALLING WATERS, WV  25419<br><br>*Plaintiff(s)*<br>v.<br>RELIABLE TOWING & RECOVERY, LLC<br>TIMOTHY J. HINES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-03210<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Reliable Towing & Recovery, LLC
15213 National Pike
Hagerstown, MD 21740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Bruce Poole. Esq.
The Poole Law Group, Limited
29 W. Franklin Street
Hagerstown, MD 21740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/26/2025 _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland Northern Divi▼

| | |
|---|---|
| MELINDA A. CHRISTIAN, et al.<br>501 CUNNINGHAM DRIVE<br>FALLING WATERS, WV  25419<br><br>*Plaintiff(s)*<br>v.<br>RELIABLE TOWING & RECOVERY, LLC<br>TIMOTHY J. HINES<br><br>*Defendant(s)* | Civil Action No.    1:25-cv-03210 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy J. Hines
14047 Edgemont Road
Smithsburg, MD 21783

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Bruce Poole. Esq.
The Poole Law Group, Limited
29 W. Franklin Street
Hagerstown, MD 21740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/26/2025  _____    _____
*Signature of Clerk or Deputy Clerk*